372 A.2d 847

Rosete v. Schulz (et al., Appellant).

Argued November 17, 1975. John W. Beatty, with him Knox, Graham, Pearson, McLaughlin & Sennett, for appellant; William J. Kelly, with him Elderkin, Martin, Kelly, Messina & Zamboldi, for appellee.

Judgment affirmed.

VAN der VOORT, J., dissents.

372 A.2d 847

Thomas, et al., Appellants, v. Karas Car Wash, Inc.

Submitted November 19, 1975. Gary T. Stitt, for appellants; William W. Guthrie, for appellee.

Order affirmed.